TRUBEK ET AL. *v.* ULLMAN, STATE'S ATTORNEY.

No. 847. Decided June 19, 1961.

*Fowler V. Harper* for appellants.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted.

TUGWELL, TREASURER OF LOUISIANA, ET AL. *v.* BUSH ET AL.

No. 1037. Decided June 19, 1961.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *M. E. Culligan, George M. Ponder, Weldon A. Cousins, L. K. Clement, John M. Currier, George S. Hesni, Robert S. Link, Jr., Dorothy N. Wolbrette, John E. Jackson, Jr., William P. Schuler* and *Henry J. Roberts, Jr.,* Assistant Attorneys General, for appellants.

*Thurgood Marshall* for appellees.

PER CURIAM.

The judgment is affirmed.